IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-HC-2157-BO

| | | |
|---|---|---|
| JOHN BLACK, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| TRACY JOHNS, | ) | |
|     Respondent. | ) | |

John Black, through counsel, petitions the court for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter is before the undersigned for an initial review. Petitioner also seeks to seal the petition's supporting memorandum of law and exhibits [D.E. 3 and 4] and to proceed without prepaying fees or costs [D.E. 5].

First, it does not clearly appear from the face of the petition that petitioner is not entitled to relief, and the matter is allowed to proceed. Therefore, the Clerk is directed to maintain management of the matter.

Next, both the motion to seal [D.E. 4] and the motion to proceed without prepaying fees or costs [D.E. 5] are referred to the Honorable James E. Gates for resolution.

SO ORDERED, this _11_ day of October 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE